IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA SEIBLES, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 3:CV-13-697 |
| | : | |
| WARDEN J. E. THOMAS, | : | (Judge Brann) |
| | : | |
| Respondent | : | |

## **ORDER**

May 5, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**.

2. Petitioner's motions for credit for time served (Doc. 8) and requesting a hearing date (Doc. 16) are **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge